UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory D. Wittrock,

          Plaintiff(s),

v.                                  Case No. 2:18−cv−12577−GAD−APP
                                      Hon. Gershwin A. Drain

Kedis Enterprises LLC,

          Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/7/2018, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                                              s/Gershwin A. Drain
                                              Gershwin A. Drain
                                              U.S. District Judge


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/T McGovern
                                             Case Manager

Dated:   November 30, 2018