UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY D. WITTROCK,

    Plaintiff,

v.

KEDIS ENTERPRISES LLC,

    Defendant.
                                          /

Case No. 18-cv-12577

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On August 17, 2018, Plaintiff filed the present action in this Court. Dkt. No. 1. To date, there is no evidence in the record demonstrating that Plaintiff has served the named Defendant with the summons and a copy of the complaint. On November 30, 2018, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Dkt. No. 4. This Court ordered a response by December 7, 2018. *Id.* Plaintiff has failed to respond to the show cause order. Accordingly, this Court will dismiss this action for failure to prosecute. This cause of action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: December 14, 2018

                                              s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 14, 2018, by electronic and/or ordinary mail.

                                              s/Teresa McGovern
Case Manager